# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Yolanda Water

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Sean Carter
Attorney Alex Spiro
51 Madison Ave, 22nd Floor
New York, NY 10010

JUL 28 2021 PM2:30
FILED-USDC-CT-NEW_HAVEN

Case No. 3:21 cv 1039 (AWT)
(To be supplied
by the court)

_____
_____
_____
Defendant(s).
(Full name(s) and capacity, _e.g._, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Yolanda Water is a citizen of Connecticut who
   (Plaintiff)                                   (State)
presently resides at 130 C Harrison Ave Nilfor, CT 06060
                      (mailing address)

2. Defendant Beyonce + Sean Carter is a citizen of New York
              (name of first defendant)                   (State)

whose address is 51 Madison Ave 22nd Floor New York, NY
                                                          10010

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___✓___ Yes _____ No. If your answer is "Yes," briefly explain:

As previosly stated in the charges filed against them

3.  Defendant __Seku Carter__ is a citizen of __New York, NY__
        (name of second defendant)                    (State)

whose address is __51 Madison Ave 22nd Floor, New York, NY 10010__

and who is employed as _____.
                (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___✓___ Yes _____ No. If your answer is "Yes," briefly explain:

As previously stated in the charges filed against them

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B.  JURISDICTION

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. § 1983 (applies to state defendants)

_____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

STALKING, CHILD MUTASTATION VIA HACKING OF CELL PHONES, VIDEO VOYARISM, SOCIAL MEDIA ACCOUNTS, DCF MATTERS, EVIDENCE TAMPERING, HIDDEN CAMERAS, VIDEO BLACK MAGIC BREAKING AND ENTERING SONGS, COMMERCIALS, JUVENILE SERVICE WITH NEW HAVEN COURT SYSTEM

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**
_____

_____

_____

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

**Claim III:** _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ___✓___          No _____

_Wandk Water_
Original signature of attorney (if any)

_YoIAWDA WAter_
Printed Name

_Wardk Wrhe_
**Plaintiff's Original Signature**

_YolAvdA WAter_
Printed Name

_(203) 343-8924_    _156-c HUrrISON Ae MILfORD CT_
Attorney's full address and telephone          Plaintiff's full address and telephone

_____          _____
Email address if available              Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _lUl ChvrchSt_ on _July 28, 2021_.
                    (location)              (date)
_New Hrven, ct_
                                          **Plaintiff's Original Signature**

(Rev. 3/21/16)

5

List of charges

Attachment

evidence tampering
phone tapping; Trial #.    Hacking via
email hacking                email ***** sb
hidden camera                 no person +12
video verbal voyerism
stalking via hired actors
voodoo
black magic
breaking and entering
appliances
social media accounts
songs
codes
commercials
Trial with DCF via Milford and
Juvenile Services New Haven
Dr Manin - pediatrician
Stephanie - Yale child study
Attorney of DCF, Kesone, Jeffrey
Never gave any evidences of what
Services they providing Kesone
tax
Based on DCF matter