UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOLANDA WATER(s),** | : |
| **Plaintiff,** | : CASE NO. 3:21-cv-1039 (AWT) |
| v. | : |
| **SEAN CARTER,** | : |
| **ALEX SPIRO,** *Attorney*, | : |
| **Defendants.** | : |

## JUDGMENT

This action came on for consideration of the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Honorable Alvin W. Thompson, United States District Judge, referred this action to the Honorable Robert A. Richardson, United Stated Magistrate Judge, for a ruling on a motion for leave to proceed in forma pauperis.

On August 16, 2021, the Honorable Robert A. Richardson, United States Magistrate Judge, granted the plaintiff's motion to proceed in forma pauperis, but recommended dismissal of the complaint. The Honorable Robert A. Richardson also issued a recommending ruling recommending that the complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e).

The Court having considered the full record of the case including applicable principles of law, and the Honorable Alvin W. Thompson having issued an order accepting the recommended ruling of the Magistrate Judge on September 13, 2021, the Court dismissed this case. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing this case, and the case is closed.

Dated at Hartford, Connecticut, this 23rd day of September, 2021.

                                                     ROBIN D. TABORA, Clerk

                                                     By  /s/ Linda S. Ferguson
`                                             Linda S. Ferguson
                                               Deputy Clerk

EOD:  9/23/2021